## UNITED STATES BANKRUPTCY COURT
## NORTHERN DISTRICT OF ILLINOIS
## EASTERN DIVISION

IN RE:   MARIETTA KEITH                           CASE NO: 06-16811
                                                  CHAPTER 13

         DEBTORS(S)                               JUDGE:  JACQUELINE P COX


                                                  NOTICE OF FINAL CURE PAYMENT


Pursuant to Federal Rule of Bankruptcy Procedure 3002.1(f), the Chapter 13 Trustee, Tom Vaughn, files this Notice of Final Cure Payment. The amount required to cure the default in the claims listed below has been paid in full.

**Name of Creditor:**   JPMORGAN CHASE BANK

---

**Final Cure Amount**

| Court Claim # | Account # | Claim Asserted | Claim Allowed | Amount Paid |
|---|---|---|---|---|
| 0008 | 06-5893D | $ 7,930.33 | $ 7,930.33 | $ 7,930.33 |
| Total Amount Paid the Trustee | | | | $ 7,930.33 |

---

**Monthly Ongoing Mortgage Payment**

Mortgage is Paid:

 X   Through the Chapter 13 Conduit                    __ Direct by the Debtor(s)

---

Within 21 days of the service of the Notice of Final Cure Payment, the creditor MUST file and serve a Statement as a supplement to the holder's proof of claim on the debtor(s), debtor(s)' Counsel and the Chapter 13 Trustee, pursuant to Fed. R. Bank.P.3002.1(g), indicating 1) whether it agrees that the debtor(s) have paid in full the amount required to cure the default on the claim and 2) whether the debtor(s) are otherwise current on all payments consistent with 11 U.S.C § 1322(b)(S)

The statement shall itemize the required cure or post-petition amounts, if any, that the holder contends remain unpaid as of the date of the statement. The statement shall be filed as a supplement to the holder's proof of claim and is not subject to Rule 3001(f). Failure to notify may result in sanctions.

## CERTIFICATE OF SERVICE

I hereby certify that a copy of the foregoing Notice of Final Cure Payment was served on the parties listed below by ordinary U.S. Mail or served electronically through the Court's ECF System at the e-mail address registered with the court on this the st  day of    January, 2013.

Debtor(s)

MARIETTA KEITH
16760 LINCOLN ST
HAZEL CREST IL 60429-1412

Debtors Attorney

TIMOTHY K LIOU
900 W WASHINGTON BLVD
CHICAGO IL 606072298

Addtional Creditors

JPMORGAN CHASE BANK NATIONAL
% FISHER & SHAPIRO
2121 WAUKEGAN RD # 301
BANNOCKBURN IL 60015

Mortgage Arrearage Creditor

JPMORGAN CHASE BANK
7105 CORPORATE DR PTXB209
PLANO TX 75024

Electronic Service US Trustee

Date: January 3, 2013

/s/ Tom Vaughn

Tom Vaughn, Chapter 13 Trustee
Chapter 13 Trustee
55 East Monroe Street, Suite 3850
Chicago, Ill   60603